# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISHENDRAL C. DAVENPORT | CIVIL ACTION NO. |
| VERSUS | |
| STATE FARM INSURANCE | 23-1248-SDD-EWD |

## JUDGMENT

For written reasons assigned,

**IT IS ORDERED, ADJUDGED, and DECREED**, that the above-captioned matter is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

Signed in Baton Rouge, Louisiana, on March _19_, 2024.

_Shelly Dick_
**SHELLY D. DICK**
**CHIEF DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**